IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**VICKIE MILLER**                                                                   PLAINTIFF

V.                              NO: 2:06CV00156

**NIPPON CARBON COMPANY, LTD.,
MITSUBISHI LOGISTICS CORPORATION
and INTERMODAL CARTAGE COMPANY,
INC.**                                                                              DEFENDANTS

## ORDER

After consideration of the motions to admit counsel Kenneth I. Schacter and Susanna Y. Chu *pro hac vice* and it appearing to the Court that Mr. Schacter and Ms. Chu meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motions, docket #'s 27 and 28 should be, and hereby are, GRANTED.

SIGNED this 1st day of March, 2007.

                                                                James M. Moody
                                                                United States District Judge