# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

VICKIE MILLER                                          PLAINTIFF

V.                  NO: 2:06CV00156

NIPPON CARBON COMPANY, LTD.,
MITSUBISHI LOGISTICS CORPORATION
and INTERMODAL CARTAGE COMPANY,
INC.                                                   DEFENDANTS

## ORDER

The Court has received the parties joint Rule 26(f) report and finds that the deadline for the mandatory disclosures required pursuant to Fed. R. Civ. P. 26(a) should be extended up to and including fourteen (14) days following the Court's ruling on the pending motion to dismiss.

IT IS SO ORDERED this 20th day of March, 2007.

James M. Moody
United States District Judge