IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

---

| | | |
|---|---|---|
| **VICKIE MILLER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| Vs. | * | NO:  2:06CV00156 JMM |
| | * | **Jury Trial Demanded** |
| **NIPPON CARBON COMPANY, LTD.,** | * | |
| **MITSUBISHI LOGISTICS** | * | |
| **CORPORATION, and INTERMODAL** | * | |
| **CARTAGE CO., INC.,** | * | |
| | * | |
| **Defendants.** | * | |

---

### CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS
### AGAINST DEFENDANT INTERMODAL CARTAGE CO., INC.

---

It appearing to the Court that:

1. Defendant, Intermodal Cartage Co., Inc. ("Intermodal" or "Defendant") has tendered to Plaintiff, Vickie Miller ("Plaintiff") the Declaration of Lynn Parrish (attached as Exhibit A);

2. Plaintiff Vickie Miller, relying upon the representations contained in the Declaration of Lynn Parrish, desires to dismiss her claims against Intermodal on the merits;

IT IS, THEREFORE, ORDERED:

1. That Plaintiff's claims against Intermodal as set forth in the Complaint and arising out of the death of Plaintiff's decedent Larry Miller are hereby dismissed on the merits;

2. That in the event that Plaintiff learns that the allegations set forth in the Declaration of Lynn Parrish are untrue, Plaintiff may petition this Court for permission to revive her claims against Intermodal.

1

All other matters are reserved

           */s/ James M. Moody*
U.S. DISTRICT COURT JUDGE
JAMES M. MOODY

     June 4, 2007
DATE

2

All other matters are reserved

*[signature: James M. Moody]*
U.S. DISTRICT COURT JUDGE
JAMES M. MOODY

    June 4, 2007
DATE

2