**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JUN 0 5 2007**

JAMES W. McCORMACK, CLERK
By: ___Jackson___
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| VICKIE MILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | NO: 2:06CV00156 JMM |
| | * | Jury Trial Demanded |
| NIPPON CARBON COMPANY, LTD., | * | |
| MITSUBISHI LOGISTICS | * | |
| CORPORATION, and INTERMODAL | * | |
| CARTAGE CO., INC., | * | |
| | * | |
| Defendants. | * | |

### STIPULATION OF DISMISSAL OF DEFENDANT MITSUBISHI LOGISTICS CORPORATION WITHOUT PREJUDICE

It appearing to the Court that Plaintiff Vickie Miller ("Plaintiff"), and Defendant Mitsubishi Logistics Corporation ("MLC") have stipulated that Plaintiff's claims against MLC may be dismissed as a voluntary dismissal without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff against MLC in this cause are hereby dismissed without prejudice.

_____
U.S. DISTRICT JUDGE
JAMES M. MOODY

_____June 5, 2007_____
DATE

1

PREPARED FOR ENTRY BY:

/s/ Taylor A. Cates
Joel Porter (TN Disc. No. 7807)
Taylor A. Cates (TN Disc. No. 20006)
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
901-524-5000
jporter@bpjlaw.com
tacates@bpjlaw.com


Elton A. Rieves, III
RIEVES, RUBENS & MAYTON
Post Office Box 1359
West Memphis, AR 72303-1359
(870) 735-3420, ext. 11
eltoniii@rrmlawyers.com

Dennis R. Baer (TN Disc. No. 7860)
BAER, BAER & BAER
100 North Main Building, Suite 2510
Memphis, TN 38103
901-525-7316
dennis@the3baers.com

Attorneys for Plaintiff Vickie Miller


APPROVED FOR ENTRY BY:

/s/ Leigh M. Chiles
Leigh M. Chiles
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue
Suite 2000
Memphis, TN 38103
(901) 577-2207
Attorney for Defendant Mitsubishi Logistics Corporation
lchiles@bakerdonelson.com